IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA VOTER ALLIANCE, CHRISTOPHER A. RAMSEY, KEVIN MCCLELION, RUTH RADOS, AND KRISTINA M. BERNHARD,<br><br>          Plaintiffs,<br><br>v.<br><br>ROBB PITTS, In his official capacity as Fulton County Commissioner, LIZ HAUSMANN, in her official capacity as Fulton County Commissioner, BOB ELLIS, in his official capacity as Fulton County Commissioner, LEE MORRIS, in his official capacity as Fulton County Commissioner, NATALIE HALL, in her official capacity as Fulton County Commissioner, MARVIN S. ARRINGTON, JR., in his official capacity as Fulton County Commissioner and KHADIJAH ABDUR-RAHMAN, in her official capacity as Fulton County Commissioner,<br><br>          Defendants. | CIVIL ACTION FILE<br>NO. _____<br><br><br>(Fulton County Superior Court CAFN: 2021CV344266) |

## <u>NOTICE OF REMOVAL</u>

COME NOW Robb Pitts, Liz Hausmann, Bob Ellis, Lee Morris, Natalie Hall,

Marvin S. Arrington, Jr. and Khadijah Abdur-Rahman, in their official capacities as

Members of the Fulton County Board of Commissioners, ("the Defendants") and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, file this Notice of Removal from the Superior Court of Fulton County, showing the Court as follows:

1.     Plaintiff filed this action against the Defendants in the Superior Court of Fulton County on January 5, 2021, where it was assigned civil action number 2021CV344266.  A copy of the Complaint is attached as Exhibit A, and all process, other pleadings, and orders served upon these Defendants is attached as Exhibit B.

2.     Defendants acknowledged service of process on January 11, 2021. Therefore, this Notice of Removal is timely filed within thirty (30) days service. *See* 28 U.S.C. § 1446(b)(1), (2)(B).

3.     Plaintiffs Christopher A. Ramsey, Kevin McClelion, Ruth Rados, and Kristina M. Bernhard are residents of Fulton County, Georgia.  (Compl., ¶¶ 3-6). Plaintiff Georgia Voter Alliance is incorporated under the laws of the State of Georgia with its principal place of business in Georgia.  (Compl., ¶ 2).  As such, all Plaintiffs are citizens of Georgia for purposes of federal court jurisdiction.

4.     The Complaint for Declaratory Judgment and Injunctive Relief filed by Petitioners/Plaintiffs contains extensive federal claims, including claims pursuant to the First, Ninth, and Fourteenth Amendments to the United States Constitution, the federal Elections Clause (U.S. Const. Art. I, § IV, ¶ I), and the federal Help America

- 2 -

Vote Act (52 U.S.C. § 21081 (a)(6)).  (Compl. ¶¶ 70-272).  As such this Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331 upon removal pursuant to 28 U.S.C. §§ 1441 and 1446.

5.    All Defendants consent to the removal of this action.

6.    Defendants will file a Notice of Filing of this Notice of Removal with the Clerk of the Superior Court of Fulton County, Georgia, with service on Plaintiff's counsel, as shown as Exhibit C.

WHEREFORE, this Court now has jurisdiction over this action.

This 5th day of February 2021.

**FREEMAN MATHIS & GARY, LLP**

*/s/ William J. Linkous III*
William J. Linkous III
Georgia Bar No. 453213
wlinkous@fmglaw.com

*/s/ Michael M. Hill*
Michael M. Hill
Georgia Bar No. 770486
mhill@fmglaw.com

100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

*[Signatures continued on following page.]*

- 3 -

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Kaye W. Burwell
Georgia Bar Number: 775060
kaye.burwell@fultoncountyga.gov

Cheryl M. Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov

David R. Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov

Eugene F. Fuller, Jr.
Georgia Bar No. 511980
eugene.fuller@fultoncountyga.gov

Detriss Thomas
Georgia Bar Number 460935
detriss.thomas@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing NOTICE OF REMOVAL by depositing a true and correct copy thereof in the United States mail, postage prepared, properly addressed upon:

Todd A. Harding
Maddox & Harding, LLC
113 E. Solomon Street
Griffin, GA 30223

Erick G. Kaardal
William F. Mohrman
Mohrman Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402

This 5th day of February 2021.

/s/ William J. Linkous III
William J. Linkous III
Georgia Bar No. 453213
wlinkous@fmglaw.com

*Attorney for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
17616430